

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

*Frances Bajada*  
*Assistant United States Attorney*

*970 Broad Street, Suite 700*  
*Newark, New Jersey 07102*  
*frances.bajada@usdoj.gov*

*main: (973) 645-2700*  
*direct:(973) 297-2038*

December 23, 2025

**Via ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Bautista Fernandez v. Florentino, et al.*
             **Civil No. 25-17757(MCA)**
             **Request for Extension Not by Consent**

Dear Judge Arleo:

      This Office represents Respondents in the above habeas action. We write to respectfully request that the Court extend Respondents' deadline to respond to the amended habeas petition, ECF 9, motion for a temporary restraining order, ECF 10, and letter from Petitioner regarding the alleged violation of the December 12, 2025 Order, ECF 14. On December 17, 2025 Order, the Court ordered Respondents to file a response to these matters by December 24, 2025. ECF 15. Respondents respectfully seek an extension of the deadline to Monday, December 29, 2025. Ariela Herzog, Esq., counsel for Petitioner, sought an expedited briefing schedule in this matter on December 17, 2025. ECF 14.

      We respectfully submit that there is good cause for the short extension. On November 26, 2025, ECF 6, the Court preserved the status quo while Petitioner amended his habeas petition, filed on December 10, 2025. The extension will allow Respondents to address the complex and many claims, including what if any effect Special Immigrant Juvenile status has on Petitioner's detention under 8 U.S.C. § 1226(a), with complete briefing. The U.S. Attorney's Office has been handling an unprecedented volume of emergent immigration habeas petitions, which we continue to prioritize, and the short extension will allow us to allocate our limited resources to address Petitioner's emergent matters. For these reasons, we respectfully submit that

good cause exists to extend Respondents' deadline in this matter to December 29, 2025. We thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        TODD BLANCHE
                                        U.S. Deputy Attorney General

                                        JORDAN FOX
                                        Chief of Staff & Associate Deputy
                                        Attorney General
                                        Special Attorney

                              By:    *s/Frances Bajada*
                                        FRANCES BAJADA
                                        Assistant United States Attorney
                                        *Attorneys for Respondents*

cc:  Counsel of record (ECF)

SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  12/23/25