

CHILD ADVOCACY CLINIC
123 Washington Street, Newark, NJ 07102
P: 973-353-3196 | F: 973-353-3397

**Randi Mandelbaum**
Associate Dean for Clinical Education and Professor of Law,
Annamay Sheppard Scholar & Director
Randi.mandelbaum@rutgers.edu
*Admitted in NJ, CA, DC, MD, & NY*

**Ariela Herzog**
Supervising Attorney
ariela.herzog@rutgers.edu
*Admitted in NJ & NY*

**Cosette Douglas**
Senior Staff Attorney
cosette.douglas@rutgers.edu
*Admitted in NY*
*Practicing in NJ pursuant to R.1:21-3(c)*

**Cesarina Peña Trabous**
Senior Staff Attorney
cesarina.pena@rutgers.edu
*Admitted in NY*
*Practicing in NJ pursuant to R.1:21-3(c)*

December 24, 2025

VIA ECF
Hon. Madeline Cox Arleo
U.S. District Court, District of New Jersey

   Re: BAUTISTA FERNANDEZ v. FLORENTINO et al.
     2:25-cv-17757-MCA
     **Request for Extension on Reply**

Dear Judge Cox Arleo,

  The Rutgers Child Advocacy Clinic represents 19-year-old Frailyn Bautista Fernandez (hereinafter "Frailyn") in his habeas petition. On December 23, 2025, the U.S. Attorney requested an extension to submit the government's response to the petition on December 29, 2025, which Your Honor granted. In turn, we respectfully request an extension for our reply to January 5, 2026, to allow for sufficient time to address the arguments in the government's response.

  Thank you for kind courtesies in this matter. I wish you and your staff all the best for the holidays.

           Respectfully Submitted,

          Rutgers Law School
          Child Advocacy Clinic

         By: _____
          Ariela Herzog, Esq.

Cc: Counsel of Record (ECF)

         SO ORDERED

         *s/Madeline Cox Arleo*
         MADELINE COX ARLEO, U.S.D.J.

         Date: 12/30/25

1